UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SPH AMERICA, LLC,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>APPLE, INC. *et al.*,<br><br>　　　　　Defendants. | Case No.: 3:10-cv-00404- JAH-AJB<br><br>JURY TRIAL DEMANDED<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS PERSONAL COMMUNICATIONS DEVICES LLC WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(2)** |

　　　Having considered the Joint Motion between Plaintiff SPH America, LLC ("SPH America") and Defendant Personal Communications Devices LLC ("PCD), it is hereby ordered that pursuant to Federal Rules of Civil Procedure 41(a)(2):

　　　(1)　All claims that SPH America asserts against PCD in the above-captioned action are dismissed without prejudice;

　　　(2)　All claims that PCD asserts against SPH America in the above-captioned action are dismissed without prejudice; and

　　　(3)　SPH America and PCD shall bear their own costs and attorneys' fees.

IT IS SO ORDERED.

Dated: June 16, 2010

　　　　　　　　　　　　　　　　　　　　　/s/ John A. Houston
　　　　　　　　　　　　　　　　　　　　　JOHN A. HOUSTON
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE