UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SPH AMERICA, LLC,<br><br>                    Plaintiff,<br><br>v.<br><br>APPLE, INC. *et al.*,<br><br>                    Defendants. | Case No.: 3:10-cv-00404- JAH-AJB<br><br>JURY TRIAL DEMANDED<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS MOTOROLA, INC. WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(2)** |

Having considered the Joint Motion between Plaintiff SPH America, LLC ("SPH America") and Defendant Motorola, Inc. ("Motorola"), it is hereby ordered that pursuant to Federal Rules of Civil Procedure 41(a)(2):

(1)     All claims that SPH America asserts against Motorola in the above-captioned action are dismissed without prejudice;

(2)     All claims that Motorola asserts against SPH America in the above-captioned action are dismissed without prejudice; and

(3)     SPH America and Motorola shall bear their own costs and attorneys' fees.

IT IS SO ORDERED.

Dated: June 23, 2010

JOHN A. HOUSTON
UNITED STATES DISTRICT JUDGE

ORDER GRANTING JOINT MOTION TO DISMISS MOTOROLA, INC.                                                    Case No.: 3:10-cv-00404